UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN DUANE HOWARD #610483,

       Plaintiff,                              Case No. 1:24-cv-512

v.                                                  Hon. Paul L. Maloney

RICKEY J. COLEMAN,

       Defendant.

_____/

## ORDER STAYING AND
## ADMINISTRATIVELY CLOSING CASE

This case is stayed in its entirety pursuant to this Court's review and consideration of an order of the U.S. Bankruptcy Court for the Southern District of Texas in *In Re: Wellpath Holdings, Inc., et al.,* Case No. 24-90533 (ARP).  This temporary stay order will continue until further order of this Court.  This case is administratively closed.

**IT IS SO ORDERED.**

Dated:  January 24, 2025                /s/ Ray Kent
                                                                 RAY KENT
                                                                 United States Magistrate Judge