UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JUSTIN DUANE HOWARD,

          Plaintiff,

Case No. 1:24-cv-512

Hon. Paul L. Maloney

v.

RICKEY J. COLEMAN,

          Defendant.

_____/

### ORDER LIFTING STAY AND RE-OPENING CASE

The Court stayed and administratively closed this case on January 24, 2025.  *See*

Order (ECF No. 20).  At that time, all pending motions were terminated without decision.

The stay in this case is **LIFTED** and this case is **RE-OPENED**.

An amended case management order will issue.

**IT IS SO ORDERED**.


Dated:  May 23, 2025                /s/ Ray Kent
                                 RAY KENT
                                 United States Magistrate Judge